**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 13-0239-DOC (DFMx)                                    Date: February 4, 2014

Title: MEGGITT (SAN JUAN CAPISTRANO), INC., ET AL. v. NIE YONGZHONG, ET AL.

PRESENT:

**THE HONORABLE DAVID O. CARTER, JUDGE**

| Julie Barrera | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:                ATTORNEYS PRESENT FOR DEFENDANT:
           None Present                                                              None Present

**PROCEEDINGS (IN CHAMBERS):   ORDER GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AS UNOPPOSED [92]**

Before the Court is Plaintiff Meggitt San Juan Capistrano, Inc.'s Motion for Leave to File First Amended Complaint (Dkt. 92). Pursuant to Local Rule 7-9, Defendant's opposition to this motion was due on February 3, 2014. On that date, Defendant filed a Statement of Non-Opposition to the Motion.

Accordingly, pursuant to Local Rule 7-12, the Motion is hereby GRANTED AS UNOPPOSED.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11
CIVIL-GEN                                                                           Initials of Deputy Clerk: jcb