**EXHIBIT 3**

Daniel Johnson, Jr. (Bar No. 57409)
djjohnson@morganlewis.com
Michael J. Lyons (Bar No. 202284)
mlyons@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
3000 El Camino Real, Suite 7000
Palo Alto, CA 94306-2122
Telephone: (650) 843-4000
Facsimile: (650)843-4001

Todd W. Smith, Bar No. 223423
tsmith@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
5 Park Plaza, Suite 1750
Irvine, CA 92614-3508
Telephone: (949) 399-7000
Facsimile:(949) 399-7001

Jaime Marquart (Bar No. 200344)
jmarquart@bakermarquart.com
Christian A. Anstett (Bar No. 240179)
canstett@bakermarquart.com
BAKER MARQUART LLP
10990 Wilshire Boulevard, Fourth Floor
Los Angeles, California 90024
Telephone: (424) 652-7800
Facsimile: (424) 652-7850

Attorneys for Defendants
NIE YONGZHONG aka William Nie and/or Bill Nie, an individual, and XIAMEN NIELL ELECTRONICS CO. LTD., a Chinese corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MEGGITT (ORANGE COUNTY), INC. and MEGGITT (MARYLAND), INC.,<br><br>Plaintiffs,<br><br>v.<br><br>NIE YONGZHONG AND XIAMEN NIELL ELECTRONICS CO. LTD.,<br><br>Defendants. | Case No. SACV 13-0239 DOC (DFMx)<br><br>**DEFENDANTS NIE YONGZHONG AND XIAMEN NIELL ELECTRONICS CO. LTD.'S SECOND SUPPLEMENTAL INITIAL DISCLOSURE STATEMENT** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

EXHIBIT 3 - PAGE 24

DEFENDANTS' SECOND SUPP. INITIAL DISCLOSURES.
CASE NO. SACV 13-0239 DOC (DFMX)

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Defendants Nie Yongzhong and Xiamen Niell Electronics Co. Ltd. ("Niell-Tech" or "Defendants") hereby provide the following supplemental disclosures.

## PRELIMINARY STATEMENT

A.  The name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that defendants may use to support its claims or defenses, unless the use would be solely for impeachment: See **Exhibit A** attached hereto;

B.  A description by category and location of all documents, electronically stored information, and tangible things that the Defendants have in their possession, custody, or control and may use to support their claims or defenses, unless the use would be solely for impeachment: See **Exhibit B** attached hereto;

C.  A computation of each category of damages claimed by defendants: See **Exhibit C** attached hereto;

D.  Any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment. See **Exhibit D** attached hereto; and

Defendants are continuing the process of identifying relevant and material documents and hereby reserves the right to supplement these disclosures based upon later acquired information. Defendant hereby reserves the right to use any relevant evidence in support of their claims, regardless of the categories identified in this disclosure.

Dated: January 16, 2015

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By /s/ Michael J. Lyons
Daniel Johnson, Jr.
Michael J. Lyons

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

EXHIBIT 3 - PAGE 25

1

DEFENDANTS' SECOND SUPP. INITIAL DISCLOSURES.
CASE NO. SACV 13-0239 DOC (DFMX)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Todd W. Smith
Attorneys for Defendants
NIE YONGZHONG aka William Nie and/or Bill Nie, an individual, and XIAMEN NIELL ELECTRONICS CO. LTD., a Chinese corporation

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

EXHIBIT 3 - PAGE 26

2

DEFENDANTS' SECOND SUPP. INITIAL DISCLOSURES.
CASE NO. SACV 13-0239 DOC (DFMX)

# EXHIBIT A

## INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION

Defendants are presently informed that the following individuals are likely to have discoverable information that defendants may use to support their claims and defenses in this action. Defendants anticipate that other individuals may also have discoverable information and specifically reserve the right to identify additional witnesses as discovery continues. The following information contains the last known address and telephone number for each individual and entity. By indicating the general subject matter of information these individuals may possess, defendant is in no way limiting their right to call any individual(s) listed to testify concerning other subjects.

| Name | Contact Information | Subject |
|---|---|---|
| 1. Nie Yongzhong, President | c/o: Morgan, Lewis & Bockius LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306<br>(650) 843-4000<br><br>5 Park Plaza, Suite 1750<br>Irvine, CA 92614-3508<br>(949) 399 7000 | Niell-Tech's business and products, defective products manufactured at Meggitt Xiamen, working conditions at Meggitt Xiamen. |
| 2. Mark Mason | Mark Mason<br>Telephone (949) 370-0772<br>Email: markm2@cox.net | Meggitt's business, products, source code, calibration and alleged trade secrets, defective products manufactured at Meggitt Xiamen, working conditions at Meggitt Xiamen. |
| 3. Sherman Guo | Meggitt Xiamen Sensors and Controls Company, Ltd.<br>c/o: MANATT, PHELPS & | Meggitt Xiamen's business and products; Meggitt Xiamen's |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

EXHIBIT 3 - PAGE 27

1   DEFENDANTS' SECOND SUPP. INITIAL DISCLOSURES.
CASE NO. SACV 13-0239 DOC (DFMX)

| | | | |
|---|---|---|---|
| | | PHILLIPS, LLP<br>11355 West Olympic Boulevard<br>Los Angeles, CA 90064 | working conditions and safety and quality assurance practices; Meggitt Xiamen's relationship with Meggitt OC and Meggitt MD; Mr. Nie's prior employment with and departure from Meggitt Xiamen. |
| 4. | Robert D. Sill | PCB Piezotronics Inc.<br>951 Calle Negocio, Suite A<br>San Clemente, CA 92673<br>(949) 429-5259<br><br>23466 Caminito Juanico<br>Laguna Hills, CA 92653-1614<br>(949) 830-1265 | Meggitt's AACS and CAACS Calibration system, including development of the calibration software; Mr. Sill's prior employment with and departure from Meggitt; PCB's Modal 9155 Calibration System. |
| 5. | Garry Kong | Meggitt Xiamen Sensors and Controls Company, Ltd.<br>c/o: MANATT, PHELPS & PHILLIPS, LLP<br>11355 West Olympic Boulevard<br>Los Angeles, CA 90064 | Meggitt Xiamen's business and products; Meggitt Xiamen's working conditions and safety and quality assurance practices; Meggitt Xiamen's relationship with Meggitt OC and Meggitt MD; Mr. Nie's prior employment with and departure from Meggitt Xiamen. |
| 5. | Bob Weng, Niell-Tech R&D Manager | c/o: Morgan, Lewis & Bockius LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306 | Niell-Tech's business and products. |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

EXHIBIT 3 - PAGE 28

2

DEFENDANTS' SECOND SUPP. INITIAL DISCLOSURES.
CASE NO. SACV 13-0239 DOC (DFMX)

| | | |
|---|---|---|
| | (650) 843-4000<br><br>5 Park Plaza, Suite 1750<br>Irvine, CA 92614-3508<br>(949) 399 7000 | |
| 6. Alex Ke,<br>Niell-Tech Marketing Director | c/o: Morgan, Lewis & Bockius LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306<br>(650) 843-4000<br><br>5 Park Plaza, Suite 1750<br>Irvine, CA 92614-3508<br>(949) 399 7000 | Niell-Tech's business and products. |
| 7. Jin Lin,<br>Niell-Tech Consultant | c/o: Morgan, Lewis & Bockius LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306<br>(650) 843-4000<br><br>5 Park Plaza, Suite 1750<br>Irvine, CA 92614-3508<br>(949) 399 7000 | Niell-Tech's business and products. |

Defendants hereby reserve their rights to supplement these disclosures with additional information, including, but not limited to, the following:

- Names of any individuals involved in the design, development, and implementation of Defendant's accused products, including, for example, any Niell-Tech employees or consultants,
- Names of any individuals knowledgeable about the public accessibility of Meggitt's alleged trade secrets, and
- Any documents and tangible things that may be used to support

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

EXHIBIT 3 - PAGE 29

3

DEFENDANTS' SECOND SUPP. INITIAL DISCLOSURES.
CASE NO. SACV 13-0239 DOC (DFMX)

Defendant's claims or defenses related to Meggitt's newly disclosed theories or positions in this case.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

4

DEFENDANTS' SECOND SUPP. INITIAL DISCLOSURES.
CASE NO. SACV 13-0239 DOC (DFMX)

EXHIBIT 3 - PAGE 30

# EXHIBIT B

# DOCUMENTS, DATA COMPILATIONS AND TANGIBLE THINGS

| Categories of Documents | Location |
|---|---|
| 1. Niell000001 - Niell000004<br>Customer List and Vendor List | c/o: Morgan, Lewis & Bockius LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306<br>(650) 843-4000<br><br>5 Park Plaza, Suite 1750<br>Irvine, CA 92614-3508<br>(949) 399 7000 |
| 2. Niell000005<br>Annual Revenue | c/o: Morgan, Lewis & Bockius LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306<br>(650) 843-4000<br><br>5 Park Plaza, Suite 1750<br>Irvine, CA 92614-3508<br>(949) 399 7000 |
| 3. Niell000006<br>Corporate Structure | c/o: Morgan, Lewis & Bockius LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306<br>(650) 843-4000<br><br>5 Park Plaza, Suite 1750<br>Irvine, CA 92614-3508<br>(949) 399 7000 |
| 4. Niell000007<br>Revenue by Products | c/o: Morgan, Lewis & Bockius LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306<br>(650) 843-4000<br><br>5 Park Plaza, Suite 1750<br>Irvine, CA 92614-3508 |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

EXHIBIT 3 - PAGE 31

1   DEFENDANTS' SECOND SUPP. INITIAL DISCLOSURES.
CASE NO. SACV 13-0239 DOC (DFMX)

| | | |
|---|---|---|
| 1 | | (949) 399 7000 |
| 2 | 5. Niell000008 - Niell000010<br>Product List | c/o: Morgan, Lewis & Bockius LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306<br>(650) 843-4000<br><br>5 Park Plaza, Suite 1750<br>Irvine, CA 92614-3508<br>(949) 399 7000 |
| 3 | 6. Niell000011 - Niell000094<br>Internal Analysis and Calculations | c/o: Morgan, Lewis & Bockius LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306<br>(650) 843-4000<br><br>5 Park Plaza, Suite 1750<br>Irvine, CA 92614-3508<br>(949) 399 7000 |
| 4 | 7. Niell000096 - Niell000288<br>International and Chinese Specifications and Handbooks re: Accelerometers | c/o: Morgan, Lewis & Bockius LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306<br>(650) 843-4000<br><br>5 Park Plaza, Suite 1750<br>Irvine, CA 92614-3508<br>(949) 399 7000 |
| 5 | 8. Niell000289 - Niell000463<br>Chinese Patent Related Research | c/o: Morgan, Lewis & Bockius LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306<br>(650) 843-4000<br><br>5 Park Plaza, Suite 1750<br>Irvine, CA 92614-3508<br>(949) 399 7000 |
| 6 | 9. Niell000464 - Niell000511<br>R&D Documents | c/o: Morgan, Lewis & Bockius LLP<br>2 Palo Alto Square |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

EXHIBIT 3 - PAGE 32

2

DEFENDANTS' SECOND SUPP. INITIAL DISCLOSURES.
CASE NO. SACV 13-0239 DOC (DFMX)

| | | |
|---|---|---|
| | | 3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306<br>(650) 843-4000<br><br>5 Park Plaza, Suite 1750<br>Irvine, CA 92614-3508<br>(949) 399 7000 |
| | 10. Niell000512 - Niell000518<br>CAYD172-25 and CAYD060<br>Product Information | c/o: Morgan, Lewis & Bockius LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306<br>(650) 843-4000<br><br>5 Park Plaza, Suite 1750<br>Irvine, CA 92614-3508<br>(949) 399 7000 |

Since the service of Defendants' Initial Disclosures, Defendants have produced hundreds of thousands of additional pages of documents to Plaintiffs in this action (many of which have been designated as containing Defendants' CONFIDENTIAL and HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY information), and have otherwise made available for inspection thousands of additional pages of documents comprising Defendants' HIGHLY CONFIDENTIAL – TRADE SECRET SOURCE information (in addition to product samples). Defendants made these substantial and additional productions to comply with their discovery obligations in this case, and reserve all rights to rely on each of the documents in support of their defense of this case that were produced subsequent to the service of their Initial Disclosures. Defendants further reserve the right to rely on any documents, electronically stored information, and tangible things specifically identified in any discovery response or identified by Defendants' experts in conjunction with expert discovery.

# EXHIBIT C

## CATEGORIES OF DAMAGES

Defendants are presently claiming the following categories of damages below. Defendants specifically reserve the right to supplement and amend the amounts set forth below as discovery and litigation continues and additional damages are incurred.

| Category of Damages | Amount | Computational Basis |
|---|---|---|
| 1. Attorneys' fees and costs | To be determined | Defendants began to incur attorneys' fees and costs when it retained counsel. Attorneys' fees and costs continue to accrue. |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

EXHIBIT 3 - PAGE 34

4

DEFENDANTS' SECOND SUPP. INITIAL DISCLOSURES.
CASE NO. SACV 13-0239 DOC (DFMX)

# EXHIBIT D

# INSURANCE AGREEMENTS

Defendants are presently unaware of any applicable insurance agreement. Defendants reserve the right to amend its initial disclosure for claims that may later arise in the action.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

EXHIBIT 3 - PAGE 35

1   DEFENDANTS' SECOND SUPP. INITIAL DISCLOSURES.
CASE NO. SACV 13-0239 DOC (DFMX)