# Exhibit I

## 64 Manufactured Niell-Tech Products

| NIELL-TECH PRODUCT | Bates No. | NOTES |
|---|---|---|
| 1. CAYD051 | Niell001233 | Request sample |
| 2. CAYD051V | Niell001234 | Request sample |
| 3. CAYD051V-100B | Niell001269 | Request sample |
| 4. CAYD052 | Niell001235 | Request sample |
| 5. CAYD052V | Niell001236 | Request sample |
| 6. CAYD052V-35 | Niell001268 | Request sample |
| 7. CAYD053-50 | Niell001264 | Request sample |

| | | |
|---|---|---|
| 8. CAYD060 | Niell001237 | Request sample |
| 9. CAYD060V | Niell001238 | Request sample |
| 10. CAYD060VA | Niell001284 | Request sample |
| 11. CAYD063V | Niell001239 | Request sample |
| 12. CAYD064 | Niell001240 | Request sample |
| 13. CAYD105 | Niell001241 | Request sample |
| 14. CAYD115 | Niell001242 | Request sample |
| 15. CAYD115V | Niell001243 | Request sample |

| | | |
|---|---|---|
| 16. CAYD115V-100 | Niell001244 | Request sample |
| 17. CAYD115V-100A | Niell001282 | Request sample |
| 18. CAYD119V-50 | Niell001265 | Request sample |
| 19. CAYD119V-500 | Niell001266 | Request sample |
| 20. CAYD125V-50 | Niell001245 | Request sample |
| 21. CAYD125V-500 | Niell001246 | Request sample |
| 22. CAYD131 | Niell001247 | Request sample |
| 23. CAYD133 | Niell001248 | Request sample |

| 24. CAYD149V-500 | Niell001249 | Request sample |
| --- | --- | --- |
| 25. CAYD149V-500C | Niell001250 | Request sample |
| 26. CAYD150V-100 | Niell001251 | Request sample |
| 27. CAYD151 | Niell001258 | Request sample |
| 28. CAYD166V | Niell001252 | Request sample |
| 29. CAYD167V-100A | Niell001260 | Request sample |
| 30. CAYD167V-100B | Niell001261 | Request sample |
| 31. CAYD170V-100 | Niell001253 | Request sample |

| | | |
|---|---|---|
| 32. CAYD172-25 | Niell001276 | Request sample |
| 33. CAYZ123V-2-2000 | Niell001272 | Spec Sheet reads "2K"<br><br>Request sample |
| 34. CAYZ146-1-500 | Niell001254 | Request sample |
| 35. CAYZ147V-2-2000 | | Request spec sheet |
| 36. CAYZ148V-2-2000 | Niell001275 | Spec Sheet reads "2K"<br><br>Request sample |
| 37. CAYZ156V-1-500 | Niell001257 | Request sample |
| 38. CAYZ156V-1-2000 | Niell001255 | Request sample |
| 39. CADR152V-2 | Niell001229 | No sample needed at this time |

| | | |
|---|---|---|
| 40. CADR152V-2A | Niell001230 | No sample needed at this time |
| 41. CADR152V-10 | Niell001262 | No sample needed at this time |
| 42. CADR152V-30 | Niell001231 | No sample needed at this time |
| 43. CADR152V-50 | Niell001263 | No sample needed at this time |
| 44. CADR152V-100 | Niell001228 | No sample needed at this time |
| 45. CADR152V-200 | Niell001267 | No sample needed at this time |
| 46. CADR161V-3 | Niell001232 | No sample needed at this time |

| | | |
|---|---|---|
| 47. CADR175V-20 | Niell001277 | No sample needed at this time |
| 48. CADR175V-20A | Niell001278 | No sample needed at this time |
| 49. CADR185C-10 | Niell001279 | No sample needed at this time |
| 50. CADR191V-3 | Niell001283 | Request sample |
| 51. CA3ZYD048 | Niell001225 | Request sample |
| 52. CA3ZYD048V | Niell001256 | Request sample |
| 53. CA3ZYD102V | Niell1270 | Request sample |
| 54. CA3ZYD132 | Niell001259 | Request sample |

| | | |
|---|---|---|
| 55. CA3ZYD160V-100 | Niell001285 | Request sample |
| 56. CA3ZYD160V-100B | Niell001226 | Request sample |
| 57. CA3ZYD160V-100C | Niell001227 | Request sample |
| 58. CA3ZDR186V-2 | Niell001280 | No sample needed at this time |
| 59. CA3ZDR186V-100 | Niell001281 | No sample needed at this time |
| 60. 300-0050 | | Request spec sheet |
| 61. CVYD144C | Niell001273 | Request sample |
| 62. CVYD144C-50 | Niell001274 | Request sample |

| | | |
|---|---|---|
| 63. CVYD169V | | Request spec sheet |
| 64. CYYZ116V-100<br><br>[MISLABELED – SHOULD BE CAYD116V-100] | Niell001271 | No sample needed at this time |