# Exhibit 3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2        CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION
 3
 4
    ---------------------------------
 5  MEGGITT (ORANGE COUNTY), INC.,   )
    dba MEGGITT SENSING SYSTEMS, a   )
 6  Delaware corporation and         ) Case No.
    MEGGITT (MARYLAND), INC., a       ) SACV 13-0239
 7  MARYLAND corporation,            ) DOC(DFMx)
                                      )
 8               Plaintiffs,          )
                                      )
 9          vs.                       )
                                      )
10  NIE YONGZHONG aka WILLIAM         )
    NIE and/or BILL NIE, an           )
11  individual, et al.,               )
                                      )
12               Defendants.          )
    ---------------------------------
13
14       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
15              TRADE SECRET SOURCE MATERIAL
16       VIDEOTAPED DEPOSITION OF ANDREI SHKEL, Ph.D.
17                  Irvine, California
18               Friday, March 6, 2015
19                     Volume I
20
21
22  Reported by:
23  Gail E. Kennamer, CSR 4583, CCRR
24  Job No. 2025439
25  PAGES 1 - 258
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT

 2        CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

 3

 4

     ---------------------------------

 5   MEGGITT (ORANGE COUNTY), INC.,   )

     dba MEGGITT SENSING SYSTEMS, a   )

 6   Delaware corporation and         ) Case No.

     MEGGITT (MARYLAND), INC., a      ) SACV 13-0239

 7   MARYLAND corporation,            ) DOC (DFMx)

                                      )

 8              Plaintiffs,           )  Volume I

                                      )

 9        vs.                         )

                                      )

10   NIE YONGZHONG aka WILLIAM        )

     NIE and/or BILL NIE, an          )

11   individual, et al.,              )

                                      )

12              Defendants.           )

     ---------------------------------

13

14

15        Videotaped Deposition of ANDREI SHKEL, Ph.D.,

16   Volume I, taken on behalf of Defendants at 5 Park Plaza,

17   Suite 1750, Irvine, California, beginning at 9:25 a.m.,

18   and ending at 6:35 p.m., Friday, March 6, 2015

19   before Gail E. Kennamer, CSR 4583, CCRR.

20

21

22

23

24

25

                                                    Page 2
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   APPEARANCES:

 2

 3   For Plaintiffs:

 4

 5        MANATT, PHELPS & PHILLIPS, LLP

 6        BY: LAWRENCE R. LaPORTE, ESQ.

 7        and MICHAEL ROTHWELL, ESQ.

 8        11355 West Olympic Boulevard

 9        Los Angeles, California 90064

10        310.312.4196

11        llaporte@manatt.com

12

13

14   For Defendants:

15

16        MORGAN, LEWIS & BOCKIUS LLP

17        BY MICHAEL J. LYONS, ESQ.

18        and JACOB J.O. MINNE, ESQ.

19        3000 El Camino Real, Suite 7000

20        Palo Alto, California 94306-2122

21        650.843.7524

22        mlyons@morganlewis.com

23

24   ALSO PRESENT:

25        Joann Yager, Videographer
```

Page 3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    what I decided to do.                                    09:29

 2         Q.    And since you -- you moved to Wisconsin, have

 3    you been in the U.S -- Has your permanent residence been

 4    the U.S. since then?

 5         A.    Yes.                                           09:29

 6         Q.    Are you a U.S. citizen?

 7         A.    Yes.

 8         Q.    When -- When did you naturalize?

 9         A.    More than seven years ago.  Around ten years

10    ago.                                                     09:29

11         Q.    In the course of your professional career, have

12    you worked on the design or development of a piezoelectric

13    sensor?

14         A.    Uh-huh.  Well, this is what I do for a living.

15    I -- My expertise is in -- in my research and my teaching  09:29

16    is in design, modeling, fabrication, packaging,

17    characterization of initial sensors, and this includes

18    accelerometers and gyroscopes.

19         And I do explore a number of different modalities in

20    my research and teaching, including piezoelectric,       09:30

21    piezoresistive capacity for optical detection.  So

22    piezoresistive is one of them.  Piezoelectric is one of

23    them.

24         Q.    Can you just describe briefly the difference

25    between piezoelectric and piezoresistive sensors?        09:30
```

Page 11

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1     A.   Yes.  Well, piezoelectric is -- is producing the     09:30

2   current when the structure is deforming.

3     And piezoresistive sensor is changing it, resistance

4   when the structure is deformed.

5     So effectively, piezoresistive sensor is both produce     09:30

6   can produce -- can produce the flow of current due to

7   deformation, and the deformation can produce current.

8     Q.   And you said you've actually designed and

9   built -- Can we call them PE sensors and PR sensors?

10     A.   Sure.                                                 09:31

11     Q.   That is a normal way of referring to them?

12     A.   Yeah.  Yeah.

13     Q.   And you've designed and built specifically PE

14   sensors rather than PR sensors?

15     A.   I did -- Again, so it's -- you would decide what     09:31

16   kind of modality to use in real-world applications,

17   depending on what objective you are trying to achieve.

18   Each modality has its pluses and minuses.

19     I have a patent on piezoresistive accelerometer.  It

20   was sort of an elegant design aligned to the detection.     09:31

21     MR. LaPORTE:  Years of experience have told me

22   you just need to slow down a little bit for the court

23   reporter.

24     THE WITNESS:  Sorry.  Sorry.

25     Yeah.                                                     09:31

Page 12

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1       And the question was about differences; right?        09:31

2    BY MR. LYONS:

3       Q.   Well, the question was have you designed --

4       A.   Right.

5       Q.   -- and built a specific -- One other comment    09:32

6    about the questions, because this is all being

7    transcribed, it's very important for both of us to try to

8    remember to wait until the other person is done talking --

9       A.   Okay.

10      Q.   -- so it's very easy in normal conversation to   09:32

11   sort of talk at the same time --

12      A.   Uh-huh.

13      Q.   -- but I'll try to be very careful to wait until

14   you are finished, and be good for you to wait for me to

15   completely finish the question.  So let me just restate    09:32

16   it.

17      So the question is:  Have you actually design --

18      A.   Yes.

19      Q.   -- and built an actual PE sensor?

20      A.   I did design and build a piezoresistive sensor.   09:32

21      And in my -- it was type of problems I was designing

22   sensors for, I didn't have a need to design or implement

23   the piezoelectric, PE accelerometer.  However, I in my

24   undergraduate, I did do the modeling and analysis of

25   piezoelectric or PE accelerometers.                       09:33

Page 13

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1         And I also teach routinely undergraduate and graduate    09:33

2    courses where I teach how to design piezoelectric, PE

3    accelerometers.

4         Q.   Just to make sure I understand your testimony,

5    so you said you haven't had occasion to design a PE         09:33

6    accelerometer; is that right?

7         A.   Yes.  This is right.  But I do have all the

8    experiences to do this.

9         Q.   When you say you have the experiences to do

10   this, what do you mean?                                      09:33

11        A.   I teach undergraduate -- graduate students and

12   undergraduate students how to design, how to develop,

13   control electronics, and how to design piezoelectric, PE

14   accelerometers.

15        Q.   You just don't have any actual experience         09:34

16   designing and building a PE accelerometer yourself; is

17   that right?

18        A.   I just don't have funded research project which

19   would fund the design and implementation of PE

20   accelerometer.  If I had such a funded project, I would do   09:34

21   it without any hesitations.

22        Q.   But that hasn't happened yet?

23        A.   It hasn't happened yet.

24        Q.   Now, you also referred to some work as an

25   undergraduate on PE accelerometers.                          09:34

                                                   Page 14

**Exhibit 3-Page 23**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      Can you explain what that was?                          09:34

2      A.    It was very first -- it was back in '85-'87 when

3   I was an undergraduate back in Russia.  I was part of the

4   research team, which was developing PCT-type accelerometer

5   and the gyroscope.  It was in '85-'87 timeframe.          09:34

6      Q.    What was your role in the research team?

7      A.    Again, was undergraduate.  Second year as

8   undergraduate student at the time.  I did complete

9   multi-physics modeling called the sensor, couple field

10  modeling of structural and electrical phenomena and solved 09:35

11  the equations.

12     Q.    Other than the modeling, were you involved in

13  the actual manufacturing or design of the structure of the

14  PE sensor?

15     A.    During this time?                                09:35

16     Q.    During that time.

17     A.    During this time, it was purely analytical

18  project.  It was -- a goal was to understand the

19  interrelationship between piezo-material and structural

20  deformations.                                             09:35

21     Q.    So you weren't working on the actual structure

22  of the device; is that right?

23     A.    It was purely analytical paper study.  It was

24  the very first type of accelerometers ever developed at

25  this time.                                                09:35

Page 15

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1        Q.    Have you ever worked with a company called        09:40

2    Wilcoxon?

3        A.    No.  No.

4        Q.    Before this case, had you heard of Wilcoxon?

5        A.    No, not really.                                   09:40

6        Q.    Going back to Endevco for a second, you said you

7    used the Endevco -- Your students used the Endevco

8    facilities on one occasion?

9        A.    Right.  Right.

10       Q.    Was that just one time that that happened or was  09:40

11   this multiple times?

12       A.    Probably one.  Maximum, two times.  We used the

13   shaker and we used their H-bar to characterize

14   acceleration, and basically they just offered it, you

15   know, free of charge, just -- just to help us to -- with  09:40

16   our project.

17       Q.    How did that come about?

18       A.    I don't remember.  It was a long time ago.

19   Probably some -- It was always I have a lot of visitors.

20   Probably they visited the lab.  They saw what we do,      09:41

21   and -- and we -- Again, sort of speculation, I don't -- I

22   can't recall exactly what was discussion and who I first

23   talked to.

24       But somehow we brought up the -- We have this need to

25   test devices.  It was for vestibular prosthesis project we  09:41

Page 19

**Exhibit 3-Page 25**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    were developing, and we needed to characterize sensors.    09:41

2        Q.   I know you can't remember the exact date, but do

3    you remember the timeframe generally?

4        A.   It was definitely before 2009 because I was in

5    the government in 2009, and I didn't have any of these    09:42

6    contacts.   It was between 2000 and 2008, around this

7    timeframe.   2005 maybe, '4.

8        Q.   Let me go back to your -- Just your professional

9    history.

10       And so you received a Ph.D. degree; is that right?    09:42

11       A.   Yes.

12       Q.   Where did you receive that from?

13       A.   It's University of Wisconsin in Madison.

14       Q.   When did you receive that?

15       A.   It was in, I believe, December in '97.  '97.    09:42

16       Q.   What did you do after you received that degree?

17       A.   I got an offer from University of California

18   Berkeley to do post doc.

19       And shortly after Ph.D., I started my post doc at

20   Berkeley.    09:42

21       Q.   How long was that post doc?

22       A.   Post doc was approximately year and a half.

23       And I worked on legendary Berkeley Sensors and

24   Actuator Center.   This is where in the United States

25   advanced technologies of microsensors and actuators    09:43

Page 20

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      Q.    Have you ever had occasion to prepare an expert     09:53

2    report or in some legal context before this?

3      A.    Not -- Not in a legal context.  I do a lot of

4    technical reports all the time.

5      Q.    And I assume you never testified in a trial as     09:53

6    an expert?

7      A.    No.  I never did.

8      Q.    When were you hired to work on this matter?

9      A.    I don't remember the exact date, but it was sort

10   of within the year probably.  I don't remember the exact     09:54

11   date.

12     Q.    Just before we move on to a new topic, you said

13   you -- you do prepare technical reports as part of your

14   university work?

15     A.    Yes.                                                 09:54

16     Q.    Have any of those reports been directed to PE

17   sensor products?

18     A.    I'm trying to -- So my undergraduate report was

19   about PE sensor modeling, but -- So there was a report on

20   piezoresistive sensor with a patent.                         09:54

21        PE, no, other than student final projects for my

22   classes where -- many of them develop PE and

23   characterization modeling.  None of my projects were

24   funded to do the PE accelerometer or gyroscope or any

25   other sensor.                                                09:55

Page 27

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    A.   Just in general from the beginning?              11:04

2    Q.   From the beginning, yeah.

3    A.    I don't remember the exact number, but it would

4  be probably maybe 20,000.  It is -- I don't remember the

5  number, but it's 5 percent of my salary.              11:04

6    Q.   Now, you reviewed the expert report that

7  Dr. Barrett submitted --

8    A.   Yes, I did.

9    Q.   -- in response to yours; is that right?

10   A.   Yes.                                             11:04

11   Q.   In part of his report he has discussion of some

12  of the history of accelerometers.

13   A.   Uh-huh.

14   Q.   Did you review that -- that discussion --

15   A.   Yes.                                             11:05

16   Q.   -- the history?

17   Just generally speaking, do you agree with his

18  characterization of the history of the development of

19  these products?

20       MR. LaPORTE:  Objection.  Overbroad.             11:05

21       THE WITNESS:  I agree that people have been

22  working on piezoelectric accelerometers for a long time.

23   BY MR. LYONS:

24   Q.   When you say they have been working on them for

25  a long time, when did they start?                     11:05

                                                 Page 64

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      A.   I can't give you the exact dates, but it's --   11:05

2   Again, from my own experience, I have been working on

3   this, on piezoelectric accelerometers, in the '80s, and I

4   would assume the materials, piezoelectric materials, were

5   discovered long before that.                           11:05

6      Q.   Do you know when they were discovered?

7      A.   I don't -- I don't want to speculate.  I know

8   approximately the range of years, but I don't remember

9   their exact date of the discovery.

10     Q.   Not exactly, but generally, what --             11:06

11     A.   Maybe '50s, '60s.

12          MR. LYONS:  I'd like to mark as Exhibit 4 a copy

13   of...

14     Q.   What about PR sensors, when were those first

15   developed?                                             11:06

16     A.   Long time ago, so it's not recent discovery.

17   Around the same timeframe probably.

18     Q.   Have you heard of McCollum and Peters?

19     A.   I heard the names.  I don't associate

20   immediately with any of the discovery of piezoelectric   11:07

21   materials.

22     Q.   Do you recall their early work on PR sensors?

23     A.   I can't confirm that they are the ones who did

24   their first discoveries on this topic.

25     Q.   Are you familiar with the development history of   11:07

Page 65

**Exhibit 3-Page 29**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | PE and PR sensors generally? | 11:07 |
| 2 | A.  Generally, as a curiosity, but I mean -- I do | |
| 3 | teach, however, how they work and what is the fundamental | |
| 4 | principle of piezoelectric materials, how to design | |
| 5 | circuits for piezoelectric, how to analyze, how to find | 11:08 |
| 6 | frequency based on -- on the geometry.  I do teach | |
| 7 | students to -- to do the designs. | |
| 8 | Q.  And you studied that in -- in the '80s, even | |
| 9 | when you were an undergraduate; is that right? | |
| 10 | A.  I did studies the electromagnetics and mechanics | 11:08 |
| 11 | of the sensors -- of these materials. | |
| 12 | Q.  So when you were a student in the 1980s, this | |
| 13 | was already subject matter that's discussed in things | |
| 14 | likes textbooks; is that right? | |
| 15 | A.  Courses were not taught.  It was self-education | 11:08 |
| 16 | for me because of my specialization at the time.  But yes, | |
| 17 | this was a known -- known type of sensors. | |
| 18 | Q.  And you're not claiming that the ability to make | |
| 19 | a PE or PR sensor is something that's only known by -- by | |
| 20 | Meggitt; is that right? | 11:09 |
| 21 | A.  I wouldn't claim it as that it's as a general | |
| 22 | concept.  Piezoelectric or piezoresistive sensors are -- | |
| 23 | is a -- is a intellectual property or of -- of Meggitt or | |
| 24 | anybody for this matter, PCB or anybody else, or | |
| 25 | Niell-Tech. | 11:09 |

Page 66

**Exhibit 3-Page 30**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1          It is their specifics of how the sensors are made is          11:09

2    what constitutes their know-how and intellectual property,

3    not the general notion.

4          Q.    Now, there are a lot of companies in the world

5    that currently make and sell PE and PR sensors?          11:09

6          A.    Absolutely.

7          Q.    So a lot of these companies have developed

8    processes for making --

9          A.    Right.

10         Q.    -- the sensors; right?          11:09

11         A.    They developed their own processes, which are

12    probably unique to the way they do stuff.

13         Q.    You referred to PCB.  Who is that?

14         A.    PCB is another competitor.  It's a company

15    making similar line of -- as far as specifications.  It's          11:10

16    like also in Orange County, some of their divisions.

17         Q.    Who would you consider to be the leading

18    manufacturers today of PE sensors?

19         A.    Well, I mean, it's not for me to judge.  I guess

20    the customers need to make these judgments.  But I do          11:10

21    understand they have their niche markets, and they are

22    equally and highly respected companies, both of them.

23         Q.    Can you -- Can you name any examples of current

24    manufacturers of PE sensors, for example?

25         A.    Well, PCB.          11:10

                                        Page 67

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1            Meggitt used to be Endevco.                        11:10

2            Wilcoxon, which is now Meggitt Maryland.

3            There are companies making piezoelectric sensors.

4     Honeywell makes, Northrop-Grumman, and Systron Donner

5     makes flagship gyroscopes based on these principles.       11:11

6            Q.   What about PR sensors, can you identify any

7     companies that commercially make PR sensors today?

8            A.   PR.  Endevco has technology and now is part of

9     Meggitt.

10           I'm sure there is -- There is -- I mean, I have a   11:11

11    patent on this, so whoever will license the patent will be

12    able to make it as well and build a business out of it.

13           Yes.  So I can't give you a list -- comprehensive

14    list of all.

15           Q.   Can you think of any?                          11:12

16           A.   Oh, yeah, yeah.

17           So Meggitt.

18           I believe PCB has a product, but again,

19    it's guessing.

20               THE REPORTER:  I'm sorry.  "It's"?              11:12

21               THE WITNESS:  It's -- I am just guessing.

22      BY MR. LYONS:

23           Q.   When did Endevco first start making PE or PR

24    sensors?

25           A.   I don't know.  I don't know the date when they 11:12

                                                    Page 68

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

 1  exactly started, but my understanding, long time ago.     11:13

 2      Q.   Do you know if it was back in the '60s?

 3      A.   Very well possible because the company has been

 4  around for a long time.

 5      Q.   Do you know when Wilcoxon started making PE or     11:13

 6  PR sensors?

 7      A.   Don't really.  I don't know.

 8      Q.   Did you think the history of the development of

 9  these products was important in any way to

10  your development of your opinions?                          11:13

11          THE REPORTER:  I'm sorry.  Repeat, please.

12    BY MR. LYONS:

13      Q.   Let me withdraw that.  I will start over.

14      Did you think that the history of the development of

15  PE or PR sensors was relevant in any way to your arriving  11:13

16  at your opinions in this case?

17      A.   I do appreciate the history of the development,

18  but I don't believe that the essence of this case is about

19  the history of development or commonality of piezoelectric

20  or piezoresistive sensors.  It's really about the          11:14

21  specifics -- specific steps, specific information has been

22  misappropriated what I think is this case is about.  So

23  history was appreciated, but it really didn't give me

24  any -- any relevant kind of information.

25      Q.   In your report do you talk about the development  11:14

                                                   Page 69

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    of the specific steps that are the focus of your          11:14

2    misappropriation opinions?

3         A.   What do you mean exactly?  Do I talk about

4    development?  In what sense?

5         Q.   You know, where they came from, who developed   11:15

6    them, when --

7         A.   Well --

8         Q.   -- is that in your report?

9         A.   No, I don't talk about who developed and when

10   the steps.                                                11:15

11        What I do talk about that this is an integral part of

12   the intellectual property produced by Endevco and -- and

13   Wilcoxon over many, many years of development.

14        Q.   Why didn't you talk about who developed them and

15   the circumstances --                                      11:15

16             MR. LaPORTE:  Objection.  No foundation.

17     BY MR. LYONS:

18        Q.   -- in your report?

19             MR. LaPORTE:  Sorry.

20             THE WITNESS:  Why -- Why should I?              11:15

21     BY MR. LYONS:

22        Q.   Well, I'm just asking why you --

23        A.   Why I don't talk about it?  I think probably it

24   was not a single person who did it.  It probably was a

25   generation after generation of -- of employees of these    11:15

                                                   Page 70

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1    companies that were contributing.                    11:16

 2        And if you look into the job travelers, there is a

 3    method to track how they are documented, and job traveler

 4    has been modified over the years.  So there is a

 5    procedure.                                            11:16

 6        So every new employee coming up, there is a new step.

 7    This -- This amendment or changes need to be very

 8    carefully documented.

 9        My assumption that -- Well, not assumption.  It's

10    really just knowing other challenges in technology       11:16

11    development.  It probably -- Many dozens of engineers were

12    involved in development of every specific job traveler.

13    Those in it for many years, I believe.

14        Q.   Now, your report doesn't talk about earlier

15    versions of the job travelers that you rely upon; is that  11:16

16    right?

17        A.   What do you mean?

18        Q.   Does your report talk about the earlier versions

19    of the job -- job travelers that you attach and analyze in

20    your report; is that right?                           11:17

21        A.   Why -- I don't understand the question.  Why

22    would I do this?  Why would I analyze the history, how

23    things were?

24        Q.   I'm just confirming --

25        A.   No, no.                                       11:17
```

                                                    Page 71

Exhibit 3-Page 35

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

```
 1
 2          I, the undersigned, a Certified Shorthand
 3    Reporter of the State of California, do hereby,
 4    certify:
 5        That the foregoing proceedings were taken
 6    before me at the time and place therein set forth;
 7    that any witnesses in the foregoing proceedings,
 8    prior to testifying, were placed under oath; that a
 9    verbatim record of the proceedings was made by me
10    using machine shorthand which was thereafter
11    transcribed under my direction; further that the
12    foregoing is an accurate transcription thereof.
13        I further certify that I am neither financially
14    interested in the action nor a relative or employee
15    of any attorney or any of the parties.
16        IN WITNESS WHEREOF, I have this date subscribed
17    my name.
18    Dated: March 9, 2015.
19
20    _____
21          GAIL E. KENNAMER, CSR 4583, CCRR
22
23
24
25
```

Page  258

**Exhibit 3-Page 36**