JS-6

1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MEGGITT (ORANGE COUNTY), INC. and MEGGITT (MARYLAND), INC., | Case No. SACV 13-0239 DOC (DFMx) |
| Plaintiffs, | **CONSENT JUDGMENT, PERMANENT INJUNCTION AND DISMISSAL [723]** |
| v. | Hon. David O. Carter |
| NIE YONGZHONG and XIAMEN NIELL ELECTRONICS CO. LTD., | |
| Defendants. | |

**ORDER ENTERING FINAL JUDGMENT, CONSENT JUDGMENT AND**

**PERMANENT INJUNCTION, AND DISMISSING ACTION IN ITS**

**ENTIRETY**

Pursuant to and based upon the Settlement Agreement entered into by the

parties, and the "Stipulation for Consent Judgment, Permanent Injunction and

Dismissal" filed by Plaintiffs Meggitt (Orange County), Inc. and Meggitt

(Maryland), Inc. (collectively "Plaintiffs" or "Meggitt") and Defendants Nie

Yongzhong and Xiamen Niell Electronics Co. Ltd. (collectively "Defendants"), it is

hereby ORDERED, ADJUDICATED, and DECREED that:

1.     This Court has continuing jurisdiction over the parties and the subject matter hereof to enforce the terms and provisions of this Consent Judgment, Permanent Injunction and of the Settlement Agreement.

2.     Defendants, and each of them, and each of their related directors, entities, officers, employees, subsidiaries, and affiliates, are hereby permanently enjoined and restrained, from directly or indirectly, and whether acting alone or in concert with others, from:

  a. Retaining possession of any of Plaintiffs' proprietary information, technology and/or property (including documents in physical or electronic format, and a hard drive) that contains Plaintiffs' proprietary information or technology, all of which shall be returned to Plaintiffs or their counsel within thirty (30) days after entry of this Order.

  b. Marketing outside of the current geographic boundaries of the People's Republic of China ("PRC") any of the following products, or any product, regardless of model number, that is no more than colorably different than one of these products:   CAYD051, CAYZ146V-1-500, CAYZ156V-1-2000, CAYD053-10, CAYD053-50, CAYD051V, CAYD063V, CAYD149V-500, CAYD149V-500C, CAYD051V-100B, and CAYD172-25 ("Restricted Products"), or any Product that is determined to be a "Restricted Product" under Section 2.c.

  c. Marketing outside of the current geographic boundaries of the PRC any of the following products, or any product that is no more than colorably different than one of these products: CAYZ123V-2-2000, CAYD172-10 and CAYD172-50 ("Disputed Products"), unless and until Meggitt has completed inspection of these products. A Niell-Tech product will be considered to be a Restricted Product if that

Consent Judgment,
Permanent Injunction and Dismissal

1    product is found:  i) to include or incorporate any Meggitt Proprietary

2    Information and Technology;  ii) to have been designed or

3    manufactured using any Meggitt Proprietary Information and

4    Technology; or  iii) to be not more than colorably different from a

5    Restricted Product.

6            d.      Marketing a Restricted Product under a different model number;

7            e.      Including in any advertising or marketing literature, or on any

8    website, any reference to a Meggitt company, equipment, products or

9    photographs of the same, including but not limited to any reference

10   that former employees of Meggitt or any Meggitt affiliate, Endevco or

11   Wilcoxon work with, at or for one of the Defendants; and will not

12   represent to any party that Defendants or either of them now has or

13   shall have at any time in the future a business relationship with Meggitt

14   or any of its affiliates;

15          f.      Advertising for sale any product that is not currently in

16   manufacture and available for purchase, or publishing performance

17   specifications for any product that is not currently in manufacture and

18   available for sale, and accurately reflects the correct performance

19   specifications for that product;

20          g.      Developing a new product using or incorporating Meggitt

21   Proprietary Information and Technology.

22       3.    The term "Marketing" means displaying, promoting, demonstrating,

23   selling, offering to sell, importing or exporting.  For example, a sale by Defendants

24   or either of them of a product within the PRC for use, either as a stand-alone

25   product or in combination with another product, outside the PRC shall be deemed

26   Marketing.  For the avoidance of doubt, "Marketing," "Marketed," or "Market"

27   does not include the operation of a website that describes, promotes, or otherwise

28   advertises Niell-Tech's business and products, or otherwise indicates that Niell-

Consent Judgment,
Permanent Injunction and Dismissal

Tech's Restricted Products or Disputed Products are available for purchase and use within the PRC, provided Niell-Tech includes the information specified in the Settlement Agreement.  The definition of Meggitt Proprietary Information and Technology is as set forth in the Settlement Agreement, and is incorporated by reference herein.

4.     The restrictions on sale of Restricted Products set forth above in Section 2.b, 2.c and 2.d expire on the 8th anniversary of the date this Order is entered (that is, the date of entry plus eight (8) years).

5.     The parties have stipulated to the entry of this Consent Judgment.  In doing so, the parties have further stipulated that Defendants do not admit liability or wrongdoing in any way, and Defendants state that they are agreeing to its entry to avoid the expense of trial.

**IT IS SO ORDERED.**

Dated:  July 31, 2015          _____

                                         Hon. David O. Carter
                                    United States District Judge

3

1 | Presented by:

2 | Robert W. Dickerson (State Bar No. 89,367)
*rdickerson@manatt.com*

3 | Lawrence R. LaPorte (State Bar No. 130,003)
*llaporte@manatt.com*

4 | MANATT, PHELPS & PHILLIPS, LLP

5 | 11355 West Olympic Boulevard

6 | Los Angeles, CA 90064
Telephone: (310) 312-4000

7 | Facsimile:  (310) 312-4224

8 | Attorneys for Plaintiffs
MEGGITT (ORANGE COUNTY), INC.

9 | and MEGGITT (MARYLAND), INC.

10 | Daniel Johnson, Jr. (State Bar No. 57,409)

11 | *djjohnson@morganlewis.com*
Michael J. Lyons (State Bar No. 202,284)

12 | *mlyons@morganlewis.com*

13 | MORGAN, LEWIS & BOCKIUS LLP
3000 El Camino Real, Suite 700

14 | Palo Alto, CA 94306-2122

15 | Telephone:  (650) 843-4000
Facsimile:  (650) 843-4001

16 |

17 | Attorneys for Defendants
NIE YONGZHONG and XIAMEN NIELL

18 | ELECTRONICS CO. LTD.

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

4

Consent Judgment,
Permanent Injunction and Dismissal